UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Aston Leather, Inc., | Case No. 23-cv-1938 (DWF/TNL) |
| Plaintiff, | |
| v. | **ORDER STAYING CASE** |
| JWH Acquisition Company and FL Acquisition Company, | |
| Defendants. | |

---

This matter is before the Court on the Suggestion of Bankruptcy, ECF No. 10, filed by Plaintiff Aston Leather, Inc. In response to the Court's Order to Show Cause, ECF No. 9, Plaintiff notifies the Court that Defendants JWH Acquisition Company and FL Acquisition Company filed for Chapter 11 bankruptcy on June 28, 2023 in the United States Bankruptcy Court for the District of Delaware. ECF No. 10 at 1. As of the date of this Order, Defendants' bankruptcy case is still pending.

The filing of a bankruptcy petition triggers an automatic stay of the "continuation . . . of a judicial . . . action or proceeding against the debtor that was or could have been commenced before the commencement of the [bankruptcy case], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy case]." 11 U.S.C. § 362(a)(1). Thus, Defendants' bankruptcy petition triggers an automatic stay of Plaintiff's case against Defendants under the United States Bankruptcy Code. Accordingly, the Court hereby stays this entire matter.

Lastly, to ensure this matter does not become stale, Plaintiff shall submit a status

letter to the Court within 30 days of the conclusion of the bankruptcy case.

Date: December 12, 2023								s/ Tony N. Leung
											Tony N. Leung
											United States Magistrate Judge
											District of Minnesota

											*Aston Leather, Inc. v. JWH Acquisition Company and FL Acquisition Company.*
											Case No. 23-cv-1938 (DWF/TNL)